In the Matter of CARMINE PIZZA, Appellant, against JOHN A. LYONS, as New York State Commissioner of Correction, et al., Respondents.

Submitted April 19, 1949; decided May 26, 1949.

*Carmine Pizza,* in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (William S. Elder, Jr., Wendell P. Brown* and *Herman N. Harcourt* of counsel), opposed.

Motion for leave to appeal and for leave to submit appeal upon the original record and typewritten briefs denied. Appeal dismissed.